IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVER LAWAL, DAOSAMID BOUNTHISANE, and GAZALI SHITTU, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 12-3599 |
| v. | : : | |
| MARK MCDONALD, WILLIAM RILEY, and FREDERICK R. CHOW, | : : : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 26th day of February, 2013, it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 8) is GRANTED.

2. The Amended Complaint of Plaintiffs Oliver Lawal, Daosamid Bounthisane and Gazali Shittu (Dkt. No. 6) is DISMISSED with prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II   J.