IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVER LAWAL, DAOSAMID BOUNTHISANE, and GAZALI SHITTU, | : : : | |
| Plaintiffs | : : | CIVIL ACTION NO.: |
| v. | : : | 2:12-CV-3599-CDJ |
| MARK MCDONALD and JOHN DOES 1 & 2, | : : : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 13th day of March, 2015, it is hereby **ORDERED** that defendant McDonald's Motion to Dismiss, (Doc. No. 32), is **DENIED**.

BY THE COURT:

/s/ C. Darnell Jones, II   J.
C. DARNELL JONES, II   J.